| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF CALIFORNIA |
| Case number *(if known)* _____  Chapter  **7** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Cascade Rigging and Supply Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **68-0352948** |

| | | Principal place of business | Mailing address, if different from principal place of business |
|---|---|---|---|
| 4. | Debtor's address | **4900 Westside Road**<br>**Redding, CA 96001**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Shasta**<br>County | Location of principal assets, if different from principal place of business<br>**4900 Westside Road Redding, CA 96001**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | _____ |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **Cascade Rigging and Supply Inc.**   Case number (*if known*) _____
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check **all** that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor **Cascade Rigging and Supply Inc.**     Case number (*if known*) _____
    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____     Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?** *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**     *Check one:*

☐ Funds will be available for distribution to unsecured creditors.
☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☑ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000     ☐ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion

Debtor **Cascade Rigging and Supply Inc.**　　　　　　　　　　　　Case number (*if known*)
　　　　Name

- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Cascade Rigging and Supply Inc.**     Case number (*if known*) _____
Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 25, 2023**
MM / DD / YYYY

**X /s/ John Lloyd**            **John Lloyd**
Signature of authorized representative of debtor      Printed name

Title **President**

**18. Signature of attorney**

**X /s/ Bonnie Baker**        Date **May 25, 2023**
Signature of attorney for debtor           MM / DD / YYYY

**Bonnie Baker**
Printed name

**Bonnie Baker Attorney at Law**
Firm name

**2400 Washington Street Suite 210**
**Redding, CA 96001**
Number, Street, City, State & ZIP Code

Contact phone **(530) 241-5421**     Email address **BonnieBakerLaw@gmail.com**

**70572 CA**
Bar number and State

Bankdo USA, INC
3570 Colutions Center
Chicago, IL 60677-3005


Bestorq, INC
6955 McCormick Dr
Lincoln, NE 68507


Buffalo Industries, Inc.
7979 S. 180th St
Kent, WA 98032


Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285


Cascade Wholesale
P.O. Box 35146-41077
Seattle, WA 98124-5146


Champion Cutting Tool
P.O. Box 368
Rockville Centre, NY 11571-0368


Charter Communications
400 Atlantic Street, 10th Floor
Stamford, CT 06901


City Of Redding
PO Box 496081
Redding, CA 96049


Connexus Industries
27474 Gloucester Way
Langley, BC V4W 4A1


Crosby Group
P.O. Box 122407
Dallas, TX 75312-2407


Dixon Valve & Couplin
P.O. Box 890559
Charlotte, NC 28289-0559

DXP Enterprises, Inc
Bank of America
P.O. Box 840511
Dallas, TX 75284-0511


First Bankcard
P.O. Box 2818
Omaha, NE 68103-2818


Flex Steel Lacing
4803 Paysphere Citcle
Chicago, IL 60674


Forrest Technical
P.O. Box 22110
Eugene, OR 97402


Gamble & Maxwell, Inc
1640 Tehama St A
Redding, CA 96001


Leica Geosystems Inc
P.O. Box 536874
Atlanta, GA 30353-6874


Liberty Mutual Ins
1378 Hilltop Dr.
Redding, CA 96003


Linn Gear Co
P.O. Box 397
Lebanon, OR 97355-0397


Lon M. & Deena C. Tatom
P.O. Box 652
Palo Cedro, CA 96073


Maxco Chain
P.O. Box 102105
Atlanta, GA 30368-0105


Olympic Synthetic
P.O. Box 1207
Sequim, WA 98382

Pacific Gas and Electric
PO Box 997340
Sacramento, CA 95899-7340


Peavey Manufacturing
526 Maint Rd
Eddington, ME 04428


Peco Sales Inc
P.O. Box 8122
Jackson, MS 39284-8122


Quality Chain Corp
3365 N.C. 79th Ave.
Hillsboro, OR 97124


Randall Bearings, Inc.
P.O. Box 1258
Lima, OH 45802


Redwood Plastics, Inc
1901 schurman Way
Woodland, WA 98674


United Parcel Service
P.O. Box 650116
Dallas, TX 75265-0116


West Coast Wire Rope
2900 N. W. 29th Ave.
Portland, OR 97210


Wireco Worlk Group
P.O. Box 844155
Dallas, TX 75284-4155

# United States Bankruptcy Court
### Eastern District of California

In re　**Cascade Rigging and Supply Inc.**　　　　　　　　　　Case No.　_____

　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　Chapter　**7**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Cascade Rigging and Supply Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Cascade Rigging and Supply, Inc**
**4900 Westside Road**
**Redding, CA 96001**

☐ None [*Check if applicable*]

| | |
|---|---|
| **May 25, 2023** | **/s/ Bonnie Baker** |
| Date | **Bonnie Baker** |
| | Signature of Attorney or Litigant |
| | Counsel for　**Cascade Rigging and Supply Inc.** |
| | **Bonnie Baker Attorney at Law** |
| | **2400 Washington Street Suite 210** |
| | **Redding, CA 96001** |
| | **(530) 241-5421 Fax:(530) 241-7138** |
| | **BonnieBakerLaw@gmail.com** |